Francis Bendelari, Appellant, v. William E. Hutton and Others, Respond-

ents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.